IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIM HOOD, ATTORNEY GENERAL OF THE                                              PLAINTIFF
STATE OF MISSISSIPPI, ex rel. THE STATE
OF MISSISSIPPI

V.                                                                CIVIL ACTION NO.: 1:08CV166-SA-JAD

ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS,
INC. JANSSEN PHARMACEUTICA, INC., JANSSEN, LP,
and JOHNSON & JOHNSON, INC.                                                    DEFENDANTS

## ORDER GRANTING REMAND

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1)     the Plaintiff's Motion to Remand [6] is **GRANTED**; therefore,

(2)     this cause of action is **REMANDED** to the Circuit Court of Chickasaw County,

        Mississippi, from whence it came; therefore,

(3)     this case is **CLOSED**.

SO ORDERED, this the 4th day of March, 2009.

                                                          **/s/ Sharion Aycock**
                                                          **U.S. DISTRICT JUDGE**